# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 1192

VERSUS

JERMONTE EMEEKO HAMILTON                          **JANUARY 6, 2025**

---

In Re:    Jermonte Emeeko Hamilton, applying for supervisory
          writs, 32nd Judicial District Court, Parish of
          Terrebonne, No. 874342.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**


**WRIT DENIED.**

                              **EW**
                              **SMM**
                              **HG**


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT